No. 87–1161.    ILLINOIS *v.* KIRKPATRICK.    App. Ct. Ill., 1st Dist.    Motion of respondent for leave to proceed *in forma pauperis* granted.    Certiorari denied.

No. 87–752.    LIGHTNER, DBA LIGHTNER AUTO SALES *v.* JONES ET AL.    C. A. 7th Cir.    Certiorari denied.    JUSTICE BRENNAN would grant certiorari.

No. 87–907.    LARM ET UX. *v.* UNITED STATES.    C. A. 9th Cir. Certiorari denied.    JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–1098.    LAKE HAVASU CITY, ARIZONA *v.* RANCHO DISPOSAL SERVICE, INC.    C. A. 9th Cir.    Certiorari denied.    JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–988.    KASPER *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION.    C. A. 11th Cir.    Certiorari denied.    JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–997.    MARTIN, TRUSTEE *v.* FIRST NATIONAL BANK OF LOUISVILLE, KENTUCKY.    C. A. 6th Cir.    Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1109.    HALVORSEN *v.* FERGUSON & BURDELL ET AL. C. A. 8th Cir.    Petition for writ of certiorari and/or mandamus denied.

No. 87–1131.    PINHAS *v.* SUMMIT HEALTH, LTD., ET AL. C. A. 9th Cir.    Certiorari before judgment denied.    JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–1170 (A–372).    O'REAR *v.* ATTORNEY GENERAL OF WISCONSIN.    C. A. 7th Cir.    Application for certificate of probable cause, addressed to JUSTICE BRENNAN and referred to the Court, denied.    Certiorari denied.